# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

MARC GANOW,                                    CASE NO. 1:17-cv-01486-VAC-CJB

       Plaintiff,

  vs.

BARCLAYS BANK DELAWARE and
TRANS UNION, LLC,

       Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY

Plaintiff Marc Ganow ("Plaintiff"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

                                                               **GARIBIAN LAW OFFICES, P.C.**

Date: February 14, 2018                       */s/ Antranig N. Garibian (with consent)*
                                                             Antranig N. Garibian (#4962)
                                                              1010 Bancroft Parkway, Suite 22
                                                              Wilmington, DE 19805
                                                              Telephone: (302) 722-6885
                                                              E-Mail: ag@garibianlaw.com
                                                              *Attorney for Plaintiff Marc Ganow*

| | |
|---|---|
| Date:  February 14, 2018 | **COOCH AND TAYLOR, P.A.** |
| | |
| | */s/ Blake A. Bennett* |
| | Blake A. Bennett (#5133) |
| | The Brandywine Building |
| | 1000 West Street, 10th Floor |
| | Wilmington, DE  19801 |
| | Telephone:  (302) 984-3800 |
| | E-Mail:  bbennett@coochtaylor.com |
| | *Attorneys for Defendant Trans Union, LLC* |

**OF COUNSEL**
Heather M. Shumaker, Esq.  (IN #28340-49)
 (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  hshumaker@schuckitlaw.com
*Attorneys for Defendant Trans Union, LLC*