# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| Marc Ganow,<br><br>　　　　　　Plaintiff,<br><br>　– against–<br><br><br>Barclays Bank Delaware and Trans Union, LLC,<br><br>　　　　　　Defendant(s). | Civil Action No. 1:17-cv-01486-UNA<br><br><br>**NOTICE OF SETTLEMENT WITH DEFENDANT BARCLAYS BANK DELAWARE ONLY** |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that all matters herein have been compromised and settled as between Plaintiff and Defendant, Barclays Bank Delaware. Plaintiff intends on filing a Stipulation of Dismissal with Prejudice and Proposed Order once the settlement is consummated.

　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　*s/ Antranig N. Garibian*
　　　　　　　　　　　Antranig Garibian, Esq. (Bar No. 4962)
　　　　　　　　　　　Garibian Law Offices, P.C.
　　　　　　　　　　　1010 Bancroft Parkway, Suite 22
　　　　　　　　　　　Wilmington, DE 19805
　　　　　　　　　　　Telephone: 302-722-6885
　　　　　　　　　　　Email: ag@garibianlaw.com
　　　　　　　　　　　*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I, Antranig Garibian, Esq., hereby certify that a copy of the Notice of Settlement between Plaintiff and Defendant, Barclays Bank Delaware, has been filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

      Respectfully submitted,

      *s/ Antranig N. Garibian*____
      Antranig Garibian, Esq. (Bar No. 4962)
      Garibian Law Offices, P.C.
      1010 Bancroft Parkway, Suite 22
      Wilmington, DE 19805
      Telephone: 302-722-6885
      Email: ag@garibianlaw.com
      *Counsel for Plaintiff*