# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| Marc Ganow,<br><br>                       Plaintiff,<br><br>  – against–<br><br><br>Barclays Bank Delaware and Trans Union, LLC,<br><br>                       Defendant(s). | Civil Action No. 1:17-cv-01486-UNA<br><br><br>**NOTICE OF DISMISSAL AS TO DEFENDANT BARCLAYS BANK DELAWARE ONLY** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff, through his attorneys, Garibian Law Offices, P.C., hereby dismisses Defendant Barclays Bank Delaware *only* from this action without prejudice. This dismissal has no effect on the other Defendants.

Dated: April 17, 2018

                                        **Garibian Law Offices, P.C.**

                                        By: /s/ *Antranig Garibian*
                                        Antranig Garibian, Esquire (Bar No. 4962)
                                        1010 N. Bancroft Parkway, Suite 22
                                        Wilmington, DE 19805
                                        (302) 722-6885
                                        ag@garibianlaw.com
                                        *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I, Antranig Garibian, Esq., hereby certify that a copy of the Notice of Voluntary Dismissal Without Prejudice as to Defendant Barclays Bank Delaware has been filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

        Respectfully submitted,

        *s/ Antranig N. Garibian*____
        Antranig Garibian, Esq. (Bar No. 4962)
        Garibian Law Offices, P.C.
        1010 Bancroft Parkway, Suite 22
        Wilmington, DE 19805
        Telephone: 302-722-6885
        Email: ag@garibianlaw.com
        *Counsel for Plaintiff*